11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

GILDA DIAZ                          *

　　VS                               *   C.A. NO. B98 003

WAL-MART STORES, INC.               *

## ORDER RESETTING CONFERENCE

The **final pretrial and settlement conference** in above-captioned and numbered cause of action is hereby reset from December 18, 1998, 1998, to **Thursday, January 14, 1999, at 1:30 p.m.**

DONE at Brownsville, Texas, this **10th** day of **December, 1998.**

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　2nd Floor, Courtroom No. 2
　　　　　　　　　　　　　　　　　　1001 E. Elizabeth
　　　　　　　　　　　　　　　　　　Brownsville, TX  78520

ClibPDF - www.fastio.com