13

United States District Court
Southern District of Texas
ENTERED

JAN 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILDA DIAZ | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-98-003 |
| WAL-MART STORES, INC. | * | |

O R D E R

On January 14, 1999, a Final Pre-trial and Settlement Conference was held with J. Stewart Bass for the Plaintiff and Mark Fernandez and Shirley Gray for the Defendant.

Both parties announced ready for trial. Final pretrial is set for April 1, 1999 at 8:30 a.m. before Judge Vela. Jury Selection is set for April 2, 1999 at 8:30 a.m. before Judge Vela. Estimated time of trial is three days.

It is so Ordered.

Done at Brownsville, Texas, this 14th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge