14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| GILDA DIAZ<br><br>versus<br><br>WAL-MART STORES, INC.<br><br>☐ (Custody) | United States District Court<br>Southern District of Texas<br>ENTERED<br>MAR 16 1999<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk<br><br>NOTICE OF SETTING<br><br>Civil No. B:98-03 |

YOU ARE DIRECTED TO APPEAR BEFORE:

**Judge Filemon B. Vela**
in Courtroom #1 - 2nd Floor

United States Courthouse
500 E. 10th Street
Brownsville, Texas 78521

---

## PURPOSE OF PROCEEDING:

☐ Arraignment / Rearraignment - Future settings for this deft are terminated.

☐ Pretrial Conference                    ☐ Sentencing

☒ Final Pretrial Conference is also set from April 1, 1999 to **March 29, 1999 at 1:30 P.M.**

☒ **Jury Selection** from April 2, 1999 to **March 30, 1999 at 8:30 A.M.**

☐ Trial ETT:_____            ☐ Probation Revocation Hearing

☐ Other:_____

☐ Hearing on pending motions

☐ Final Pretrial Conference

---

Copy:  J. Stewart Bass                     Jaime A. Drabek
       1300 Summit, Ste. 700               718 E. Harrison
       Ft. Worth, TX 76102                 Harlingen, TX 78550

MICHAEL N. MILBY, Clerk


By: _M. P. Leuma_____                    _3/16/99_____
Deputy Clerk                              Date