16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILDA DIAZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-98-003 |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER OF DISMISSAL

Plaintiff, having presented her Motion to Dismiss her action against Defendant;

IT IS THEREFORE ORDERED that cause of action against Defendant be dismissed with prejudice, with court costs to be paid by party incurring same.

SIGNED this 23nd day of March, 1999.

_____
JUDGE PRESIDING

Approved As To Form:

THE DENT LAW FIRM

By: _____
J. Stewart Bass
SBOT: 01887500
1300 Summit Avenue, Suite 700
Fort Worth, Texas 76102
Telephone: 817/332-2889
Facsimile: 817/332-5809

ATTORNEYS FOR PLAINTIFF

DRABEK & ASSOCIATES

By: _____
Jaime A. Drabek
SBOT: 06102410
718 E. Harrison
Brownsville, Texas 78520
Telephone: 956/428-4544
Facsimile: 956/428-4880

ATTORNEYS FOR DEFENDANT